No. 1261. THE UNITED STATES *v.* BUTTERWORTH-JUD-SON CORPORATION. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *The Solicitor General* for the United States. *Messrs. Eldon Bisbee* and *Bertram F. Shipman* for respondent.

No. 1224. THE UNITED STATES *v.* ONE FORD COUPE AUTOMOBILE, GARTH MOTOR COMPANY, CLAIMANT. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *The Solicitor General* and *Assistant Attorney General Wille-brandt* for the United States. *Mr. William S. Pritchard* for claimant.

No. 1024. CONTINENTAL CASUALTY COMPANY ET AL. *v.* ALFRED W. AGEE, ADMINISTRATOR. June 8, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. James C. Jones, Lon O. Hocker* and *Frank H. Sullivan* for petitioners. *Messrs. James H. De Vine* and *Charles R. Hollingsworth* for respondent.

No. 1190. JOHN CARLTON DYSART *v.* THE UNITED STATES. June 8, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. W. Morrow* and *J. H. Hutchins* for petitioner. *The Attorney General* for the United States.

No. 1230. AMERICAN RAILWAY EXPRESS COMPANY *v.* F. S. ROYSTER GUANO COMPANY. June 8, 1925. Petition for a writ of certiorari to the Special Court of Appeals of the State of Virginia granted. *Messrs. Charles W. Stockton* and *Kenneth E. Stockton* for petitioner. No appearance for respondent.